**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:18CR197 |
| | ) | |
| vs. | ) | |
| | ) | |
| VLADIMIR CLEMENTE JAVIER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

       This matter is before the court on the Unopposed Motion to Continue Trial [28}. Defendant is pursuing a transfer by Rule 20. Additional time is required to complete the steps of transfer to the Southern District of Florida. For good cause shown,

       **IT IS ORDERED** that the Motion to Continue Trial [28] is granted, as follows:

1. The jury trial now set for April 1, 2019, is continued to **July 22, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 22, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

       **DATED: March 29, 2019.**

                             **BY THE COURT:**

                             **s/ Susan M. Bazis
                             United States Magistrate Judge**